UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| CLAIR SMITH, | No: 5:23-cv-00908-SP |
| Plaintiff, | |
| v. | <u>ORDER AWARDING EAJA FEES</u> |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($5,800.00) and zero costs ($0.00), subject to the terms of the Stipulation.

DATE: November 19, 2024

HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE

-1-